IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRY BOOKER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:17-cv-1394 |
| | ) | JUDGE RICHARDSON |
| v. | ) | |
| | ) | |
| CHEADLE LAW, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Renewed Motion for Summary Judgment (Doc. No. 59). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is **GRANTED**, and this action is **DISMISSED**. The Clerk is directed to close this file. This Order shall constitute the judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE