# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Sherry Booker

    Plaintiff,

v.            Case No.: 3:17–cv–01394

Cheadle Law

    Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/14/2019 re [69].

                        Kirk L. Davies
                 s/ Dalaina Thompson, Deputy Clerk