**United States District Court for the** Middle

**District of** Tennessee

| SHERRY BOOKER, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:17-cv-1394 |
| CHEADLE LAW, | |
| Defendant. | |

# NOTICE OF APPEAL

Notice is hereby given that SHERRY BOOKER,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Order Granting Defendant's Motion for Summary Judgment Dkt. No. 68, 69 and 70
*The final judgment, from an order describing it*

entered in this action on the 14th day of August, 2019.

(s) Todd M. Friedman

Address: 21550 Oxnard St., Suite 780

Woodland Hills, CA 91367

Attorney for Plaintiff Sherry Booker

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
11/16

**CERTIFICATE OF SERVICE**

Filed electronically on this 21st day of August, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on this 21st day of August, 2019, to:

Honorable Judge Crenshaw
United States District Court
Middle District of Tennessee


Phillip Byron Jones
Evans, Jones & Reynolds, P.C.
SunTrust Plaza, Suite 710
401 Commerce Street
Nashville, TN 37219
pjones@ejrlaw.com
Attorneys for Defendant, Cheadle Law

s/ Susan S. Lafferty
Susan S. Lafferty, Esq.