Case No. 19-5936

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SHERRY BOOKER

    Plaintiff - Appellant

v.

CHEADLE LAW

    Defendant - Appellee

Appellant/Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

> The Form of Appearance, Disclosure of Corporate Affiliations and Financial Interest, Civil Appeal Statement of Parties and Issues and Transcript entries were not filed by **September 5, 2019**.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                                **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 10, 2019

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 10, 2019

Mr. Todd M. Friedman
21550 Oxnard Street
Suite 780
Woodland Hills, CA 91367

Mr. Phillip B. Jones
Evans, Jones & Reynolds
401 Commerce Street
Suite 710
Nashville, TN 37219

Ms. Susan S. Lafferty
Lafferty Law Firm, P.C.
1321 Murfreesboro Pike
Suite 521
Nashville, TN 37217

Re: Case No. 19-5936, *Sherry Booker v. Cheadle Law*
Originating Case No. 3:17-cv-01394

Dear Counsel:

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Ms. Vicki Kinkade

Enclosure

No mandate to issue