Case No. 19-5936

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

SHERRY BOOKER

    Plaintiff - Appellant

v.

CHEADLE LAW

    Defendant - Appellee

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 01, 2019

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 01, 2019

Mr. Adrian Bacon
21550 Oxnard Street
Suite 780
Woodland Hills, CA 91367

Mr. Phillip B. Jones
Evans, Jones & Reynolds
401 Commerce Street
Suite 710
Nashville, TN 37219

Re:   Case No. 19-5936, *Sherry Booker v. Cheadle Law*
      Originating Case No. 3:17-cv-01394

Dear Counsel:

   The Court issued the enclosed Order today in this case. Counsel for the appellee is directed to file an appearance form within seven days.

                              Sincerely yours,

                              s/Patricia J. Elder
                              Senior Case Manager

cc:  Mr. Kirk L. Davies

Enclosure